UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 05-34067 |
|---|---|
| MICHAEL LOUIS PALMER | (Chapter 13) |
| Debtor | JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4066267**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 0/ 0 | MICHAEL LOUIS PALMER<br>1230 CARLISLE AVENUE<br>DAYTON, OH  45420 | 2.42 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 3/11/2011

Certificate of Service                05-34067

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

MICHAEL LOUIS PALMER
1230 CARLISLE AVENUE
DAYTON, OH  45420

HAROLD W WAMPLER I I I
1343 WOODMAN DR
STE B
DAYTON, OH  45432

(17.1n)
B FIRST LLC
MAIL STOP 550
2101 FOURTH AVENUE SUITE 1030
SEATTLE, WA  98121

(18.1n)
ECAST SETTLEMENT CORPORATION
BOX 35480
NEWARK, NJ  07193

Jeffrey M. Kellner BY     ___/s/ Jeffrey M. Kellner_____     sv